# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | ALEC A. & BOBBI M BEVILOCKWAY |
| **Case Number:** | 2:09-bk-08798-RJH  **Chapter:** 7 |
| **Date / Time / Room:** | TUESDAY, DECEMBER 15, 2009 10:00 AM   6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | JANET SMITH |
| **Reporter / ECR:** | SHERI FLETCHER |

## Matter:

ADV: 2-09-01264

Ray Pollard vs ALEC A. BEVILOCKWAY

STATUS HEARING ON COMPLAINT   OBJECTING TO DISCHARGE

R / M #:   1 / 0

## Appearances:

TRUCLY PHAM, ATTORNEY FOR ALEC A. BEVILOCKWAY, BOBBI M BEVILOCKWAY
DOUGLAS B. PRICE, ATTORNEY FOR RAY POLLARD

## Proceedings:

Mr. Price reviewed the background of this matter.

Ms. Pham assisted with the background.

COURT:  IT IS ORDERED DIRECTING PARTIES TO FILE INITIAL DISCLOSURES BY FRIDAY, JANUARY 29, 2010 AND CONCLUDE DISCOVERY BY MONDAY, MAY 3, 2010.   IT IS ORDERED CONTINUING THIS STATUS HEARING TO MAY 10, 2010 AT 10:00 AM.