# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | ALEC A. & BOBBI M BEVILOCKWAY | | |
| **Case Number:** | 2:09-bk-08798-RJH | **Chapter:** | 7 |
| **Date / Time / Room:** | MONDAY, MAY 10, 2010 10:00 AM   6TH FLOOR #603 | | |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES | | |
| **Courtroom Clerk:** | JANET SMITH | | |
| **Reporter / ECR:** | SHERI FLETCHER | | |

## Matter:

ADV: 2-09-01264

**Ray Pollard vs ALEC A. BEVILOCKWAY**

STATUS HEARING ON COMPLAINT   OBJECTING TO DISCHARGE

R / M #:   1 / 0

## Appearances:

JOHN JOSEPH VOLIN, ATTORNEY FOR ALEC A. BEVILOCKWAY, BOBBI M BEVILOCKWAY
DOUGLAS B. PRICE, ATTORNEY FOR RAY POLLARD

## Proceedings:

Mr. Price informed settlement discussions are ongoing.

Mr. Volin requested a 30 day continuance.

COURT:  IT IS ORDERED CONTINUING THIS HEARING TO JUNE 21, 2010 AT 10:00 AM.  PARTIES ARE URGED TO CONCLUDE DISCOVERY BY THE CONTINUED HEARING.